1204

No. 00–8412. GRAY v. MOORE, SECRETARY, FLORIDA DEPART-
MENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari
denied.

No. 00–1024. GORDON, TRUSTEE v. ALCATEL CONTRACTING,
INC. C. A. 11th Cir. Motion of National Association of Bank-
ruptcy Trustees for leave to file a brief as *amicus curiae* granted.
Certiorari denied.

No. 00–6745. CHANDLER v. UNITED STATES. C. A. 11th Cir.
Motion of petitioner for leave to amend petition for writ of certio-
rari granted. Motion of petitioner to defer consideration of peti-
tion for writ of certiorari denied. Certiorari denied.

No. 00–640. MCGUIRE ET AL. v. ROCK COUNTY BOARD OF
SUPERVISORS ET AL., *ante*, p. 1073;

No. 00–695. MUSSER v. SALOMON/SMITH BARNEY, INC., *ante*,
p. 1075;

No. 00–702. JUDGE v. HATCH ET AL., *ante*, p. 1075;

No. 00–706. HOGAN MANAGEMENT SERVICES v. MARTINO, DBA
NORTH GEORGIA ORTHOPAEDICS, *ante*, p. 1075;

No. 00–766. JUDGE v. SUPERIOR COURT OF CALIFORNIA,
*ante*, p. 1077;

No. 00–5597. RODRIGUEZ REYNA v. STEWART ET AL., *ante*,
p. 945;

No. 00–5693. HUFF v. LUEBBERS, SUPERINTENDENT, POTOSI
CORRECTIONAL CENTER, *ante*, p. 912;

No. 00–5758. BROSEH v. JOHNSON, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*,
p. 1081;

No. 00–6004. JACKSON v. RAMSEY COUNTY, *ante*, p. 967;

No. 00–6200. LEVERTON v. CITY OF HOUSTON POLICE DE-
PARTMENT ET AL., *ante*, p. 1016;

No. 00–6683. HAWKINS v. UNITED STATES, *ante*, p. 1025;

No. 00–6779. LURIA v. LURIA, *ante*, p. 1056;

No. 00–6894. WASHINGTON v. LOUISIANA STATE BOARD OF
PRIVATE SECURITY EXAMINERS, *ante*, p. 1090;

No. 00–6950. BANKS v. PIZZINGRILLI, SECRETARY OF THE
COMMONWEALTH OF PENNSYLVANIA, *ante*, p. 1092;

No. 00–6981. LITTLEJOHN v. UNITED STATES, *ante*, p. 1057;

No. 00–7301.   DENNEY *v.* KANSAS, *ante,* p. 1130;

No. 00–7341.   TILLI *v.* DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL., *ante,* p. 1130;

No. 00–7372.   ELLIS *v.* UNITED STATES, *ante,* p. 1103; and

No. 00–7374.   NORWOOD *v.* UNITED STATES, *ante,* p. 1103.   Petitions for rehearing denied.

### MARCH 1, 2001

No. 00A746 (00–8727).   MCCARVER *v.* NORTH CAROLINA.   Sup. Ct. N. C.   Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted pending disposition of the petition for writ of certiorari.   Should the petition for writ of certiorari be denied, this stay shall terminate automatically.   In the event the petition for writ of certiorari is granted, the stay shall terminate upon the issuance of the mandate of this Court.

No. 00–8735 (00A755).   AKERS, BY LEE, AS NEXT FRIEND *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir.   Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.   Certiorari denied.   JUSTICE STEVENS would grant the application for stay of execution.